**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, | : | No. 70 MM 2023 |
| | : | |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ASSOCIATION OF PENNSYLVANIA STATE COLLEGE & UNIVERSITY FACULTIES, | : | |
| | : | |
| | : | |
| | : | |
| Petitioner | | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of October, 2023, the Petition for Review is DENIED.